IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

HELEN DURBIN, *on behalf of herself*
*and others similarly situated*,

        Plaintiff,

   vs.

FOUNDATIONS HEALTH
SOLUTIONS, LLC, *et. al.*,

        Defendants.

CASE NO. 1:22-cv-01719

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

**JUDGMENT ENTRY**

      Having filed its Order approving the settlement in this collective action, the Court hereby terminates the case.

Dated: July 22, 2024

          */s/ James E. Grimes Jr.*
          James E. Grimes Jr.
          U.S. Magistrate Judge